THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE 
 CITED OR RELIED ON IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Ronnie Gene Jones, Jr.,       
Appellant.
 
 
 

Appeal From Edgefield County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2004-UP-392
Submitted April 21, 2004  Filed June 
 21, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley 
 W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for 
 Respondent.
 
 
 

PER CURIAM:  Ronnie Jones appeals his plea 
 to a voluntary manslaughter charge, arguing that the plea did not comply with 
 Boykin v. Alabama, 395 U.S. 238 (1969). Counsel for Jones attached to 
 the final brief a petition to be relieved as counsel. Jones filed a separate 
 pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Joness appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 GOOLSBY, HOWARD, and BEATTY, JJ., concur.